UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JESSICA T. BADILLA and ACEA M. MOSEY,
Erie County Public Administrator, as Co-Administrators
of the Estate of RENE ESTRADA BADILLA,
Deceased, et al.

**PLAINTIFFS' MOTION
FOR LEAVE TO FILE
FIRST AMENDED
COMPLAINT**

                                        Plaintiffs,

                        -against-

NATIONAL AIR CARGO, INC., a New York corporation,

Docket No.:
12-CV-01066

et al.

                                        Defendants.
-------------------------------------------------------------------X

NOW COME the Plaintiffs, by and through Counsel, and move this Court for leave to amend their Complaint originally filed in this action in New York State Court. This motion is made pursuant to Rule 15(a)(2) and the deadlines imposed by the Case Management Order of April 29, 2015 [Doc. 82]. In support hereof, Plaintiffs state as follows:

1.      That this matter was removed from New York State Court and Plaintiffs' Motion to Remand was denied [Doc. 72]. No Complaint At Law has previously been filed in the United States District Court – Western District of New York.

2.      Plaintiffs' motion seeks to conform the allegations made against Defendants NATIONAL AIR CARGO, INC., NATIONAL AIR CARGO HOLDINGS, INC., NATIONAL AIR CARGO GROUP, INC., NATIONAL AIR CARGO – MIDDLE EAST FZE and MIDWEST AIR TRAFFIC CONTROL SERVICE, INC. to the facts and the relationships by and between the parties which have come to light since the commencement of this action.

3.      No new parties will be added should leave be granted.

1

4.       Pursuant to Local Rule 15(b), a red-lined version of Plaintiffs' Proposed First

Amended Complaint is attached hereto as Exhibit A.

5.       A Proposed Order granting Plaintiffs' motion is attached hereto.

WHEREFORE, Plaintiffs pray this Honorable Court enter an order granting leave to file

their First Amended Complaint.


Dated:  Chicago, Illinois
        June 12, 2015


                              BY:      s/ Thomas P. Routh
                                       Thomas P. Routh, Esq.
                                       NOLAN LAW GROUP
                                       20 North Clark Street, 30th Floor
                                       Chicago, Illinois 60602
                                       (312) 630-4000
                                       tpr@nolan-law.com

                                       -and-

                                       Howard B. Cohen, Esq.
                                       GROSS SHUMAN BRIZDLE &
                                       GILFILLAN, P.C.
                                       465 Main Street, Suite 600
                                       Buffalo, New York 14203
                                       (716) 854-4300
                                       hcohen@gross-shuman.com

                                       *Attorneys for Plaintiffs*