Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JESSICA T. BADILLA, et al

              Plaintiff,

  v.

MIDWEST AIR TRAFFIC
CONTROL SERVICE, INC.,

              Defendant.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 12-CV-1066-FPG

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that pursuant to [120] Text Order Transafrik International Ltd. and Transaflik Corporation, Ltd. are dismissed from this action; Pursuant to [154] Text Order granting the voluntary dismissal with prejudice of defendants National Air Cargo, Inc., National Air Cargo Holdings, Inc., National air Cargo Group, Inc. , and National Air Cargo- Middle East FZE; the court adopts Judge McCarthy's R&R and grants [155] Midwest summary judgment motion. The claims against Midwest, and Midwest's counterclaim for indemnification, are dismissed.

Date: January 17, 2020

                                      MARY C. LOEWENGUTH
                                      CLERK OF COURT

                                      By: s/K.McMillan
                                          Deputy Clerk