UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JESSICA T. BADILLA and ACEA M. MOSEY, )
Erie County Public Administrator, as Co-Administrators )
of the Estate of RENE ESTRADA BADILLA, )
Deceased; INGRID S. BULOS and ACEA M. MOSEY, )
Erie County Public Administrator, as Co-Administrators )
of the Estate of HENRY BELTRAN BULOS, )
Deceased; CONSORCIA A. CASTILLO and )
ACEA M. MOSEY, Erie County Public Administrator, )
as Co-Administrators of the Estate of BERNARDO G. )
CASTILLO, Deceased; JOSEPHINE R. ELBANBUENA )
and ACEA M. MOSEY, Erie County Public Administrator, )
as Co-Administrators of the Estate of WILO M. )   **NOTICE OF APPEAL**
ELBANUENA, Deceased, MICHELLE S. MEDINA and )
ACEA M. MOSEY, Erie County Public Administrator, )
as Co-Administrators of the Estate of NILO T. MEDINA, )   Docket No.:
Deceased; NELA A. PADURA and ACEA M. MOSEY, )   12-CV-01066
Erie County Public Administrator, as Co-Administrators )
of the Estate of EDUARDO P. PADURA, Deceased; )
                                                        )
                         Plaintiffs,                    )
                                                        )
       v.                                               )
                                                        )
MIDWEST AIR TRAFFIC CONTROL SERVICE, INC., )
                                                        )
                         Defendant.                     )

---

   Notice is hereby given that, JESSICA T. BADILLA and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of RENE ESTRADA BADILLA, Deceased; INGRID S. BULOS and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of HENRY BELTRAN BULOS, Deceased; CONSORCIA A. CASTILLO and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of BERNARDO G.CASTILLO, Deceased; JOSEPHINE R. ELBANBUENA and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of WILO M. ELBANUENA, Deceased; MICHELLE S. MEDINA and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of NILO T. MEDINA, Deceased; NELA A. PADURA and ACEA M. MOSEY, Erie County Public Administrator, as Co-Administrators of the Estate of EDUARDO P. PADURA, Deceased, Plaintiffs in the above named case hereby appeal to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT from the January 14, 2020 Decision and Order (ECF 178) adopting the Magistrate Judge's Report & Recommendation of April 18, 2017 (ECF

170)  and granting summary judgment and entry of final judgment entered in this action on the 17th day of January, 2020 (ECF 179).

          NOLAN LAW GROUP

          By:  /s/ Thomas P. Routh
          Thomas P. Routh, Esq.
          NOLAN LAW GROUP
          20 North Clark Street, 30th Floor
          Chicago, Illinois 60602
          (312) 630-4000
          tpr@nolan-law.com

          -and-

          Howard B. Cohen, Esq.
          GROSS SHUMAN BRIZDLE &
          GILFILLAN, P.C.
          Howard B. Cohen, Esq.
          465 Main Street, Suite 600
          Buffalo, New York 14203
          (716) 854-4300
          hcohen@gross-shuman.com

          Kenneth Goldblatt, Esq.
          GOLDBLATT & ASSOCIATES
          1846 E. Main St.
          Mohegan Lake, NY  10547
          (914) 788-5000
          kgoldblatt@tbilawyers.com

*Attorneys for Plaintiffs*